MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
RONALD L. YIN (Bar No. 063266)
ronald.yin@dlapiper.com
ALAN A. LIMBACH (Bar No. 173059)
alan.limbach@dlapiper.com
M. ELIZABETH DAY (Bar No. 177125)
elizabeth.day@dlapiper.com
MEGAN OLESEK (Bar No. 191218)
megan.olesek@dlapiper.com
VINCENT LAM (Bar No. 229355)
vincent.lam@dlapiper.com

**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2248
Tel:    650-833-2000
Fax:    650-833-2001

Attorneys for Defendants and Counterclaimants
TOSHIBA CORPORATION, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, ET AL. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. C04-04708 VRW <br><br> **Related Cases:** <br> C05-4547 VRW; C05-4016 VRW; <br> C05-4100 VRW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR MEDIATION** |

1   Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the Parties to
2   complete a mediation in the above-captioned cases on or before December 1, 2006;
3   Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch
4   (ret.);
5   Whereas, on November 2, 2006, the Parties submitted a Stipulation and [Proposed] Order
6   Extending Deadline for Mediation from December 1, 2006 to December 15, 2006 in order to complete
7   the mediation before Judge Lynch;
8   Whereas, on November 6, 2006, the Court extended the deadline to complete a mediation to
9   December 15, 2006 by Order;
10  Whereas the Parties have been and are continuing to meet without counsel to discuss
11  settlement;
12  Whereas the Parties would like to make further progress before the mediation and believe the
13  mediation would be more helpful in settlement after further discussions to narrow the issues;
14  Whereas the next agreeable date on which the Parties could schedule the mediation before
15  Judge Lynch is January 29, 2007, and whereas the Parties agree to participate in mediation on that
16  date if still necessary;
17  The Parties hereby stipulate and agree as follows:
18  1) The deadline to complete a mediation in the above-captioned matters shall be extended to
19  February 1, 2007 so that the Parties may complete their mediation before Judge Lynch;
20  2) The extensions of time provided in the preceding two paragraphs do not alter any further
21  deadlines previously agreed by the Parties or set by the Court.
22
23  IT IS SO STIPULATED.

1  Dated: December 7, 2006

2                                       TOWNSEND and TOWNSEND and CREW LLP

                                   By:   /s/  Theodore G. Brown, III
                                             Daniel J. Furniss
                                             Theodore G. Brown, III
                                             William J. Bohler
                                             Eric P. Jacobs
                                             Robert A. McFarlane

                                             Attorneys for Plaintiff and Counterdefendant
                                             HYNIX SEMICONDUCTOR INC.

Dated: December 7, 2006

                                      DLA PIPER US  LLP


                                      By:   /s/  Vincent Lam
                                             Mark Fowler
                                             Megan Olesek
                                             Vincent Lam

                                             Attorneys for Defendants and Counterclaimants
                                             TOSHIBA CORPORATION, et al.

1 **ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: __December 8__, 2006

_____
THE HONORABLE VAUGHN R. WALKER
United States District Judge

1 **GENERAL ORDER 45 ATTESTATION**

2   I, Vincent Lam, am the ECF user whose ID and password are being used to file this

3 STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION.  In

4 compliance with General Order 45, X.B., I hereby attest that Theodore G. Brown, III has concurred in

5 this filing.

6 Dated:  December 7, 2006

7                                              DLA PIPER US LLP

10                                              By:   /s/  Vincent Lam
                                                          Vincent Lam

11                                                   Attorneys for Defendants and Counterclaimants
                                                     TOSHIBA CORPORATION, et al.