1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  VINCENT S. LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
   **DLA PIPER US LLP**
4  2000 University Avenue
   East Palo Alto, CA  94303-2248
5  Tel:    650-833-2000
   Fax:   650-833-2001
6
7  Attorneys for Defendant and Counterclaimants
   TOSHIBA CORPORATION, et al.

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  HYNIX SEMICONDUCTOR INC., | CASE NO. C04-04708 VRW |
| 12          Plaintiff, | **Related Cases:** |
| 13      v. | C05-04016 VRW; C05-04100 VRW; C05-04547 VRW; C07-00153 VRW |
| 14  TOSHIBA CORPORATION, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(a)** |
| 15          Defendant. | |
| 16 | |
| 17  TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | |
| 22          Counterclaimants, | |
| 23      v. | |
| 24  HYNIX SEMICONDUCTOR INC., | |
| 25          Counterdefendant. | |

1    WHEREAS, the parties hereto have reached a confidential settlement that resolves all
2 claims and counterclaims asserted between them, including those asserted in the above-captioned
3 action and all related actions;
4    IT IS HEREBY STIPULATED by and between the parties to this action through their
5 designated counsel that the above-captioned action and all related actions be and hereby are
6 dismissed without prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own costs,
7 expenses and attorneys fees.
8    IT IS SO STIPULATED.

9 Dated:  March 27, 2007            TOWNSEND and TOWNSEND and CREW LLP

                                   By     /s/ Robert A. McFarlane
                                       DANIEL J. FURNISS
                                       THEODORE G. BROWN, III
                                       WILLIAM J. BOHLER
                                       ROBERT A. MCFARLANE

                                       THELEN REID & PRIEST LLP
                                       KENNETH L. NISSLY
                                       SUSAN VAN KEULEN

                                       Attorneys for Plaintiff and Counterdefendant
                                       HYNIX SEMICONDUCTOR INC.


Dated:  March 27, 2007            DLA PIPER US LLP

                                   By     /s/ Vincent S. Lam
                                       MARK FOWLER
                                       RONALD L. YIN
                                       ALAN A. LIMBACH
                                       M. ELIZABETH DAY
                                       VINCENT S. LAM

                                       Attorneys for Defendants and Counterclaimants
                                       TOSHIBA CORPORATION, TOSHIBA
                                       AMERICA INFORMATION SYSTEMS, INC.,
                                       TOSHIBA AMERICA CONSUMER
                                       PRODUCTS, L.L.C., TOSHIBA AMERICA
                                       ELECTRONIC COMPONENTS, INC.,
                                       TOSHIBA AMERICA MEDICAL SYSTEMS,
                                       INC., and TOSHIBA AMERICA BUSINESS
                                       SOLUTIONS, INC.

DLA PIPER US LLP

PA\10494966.1
351912-990603

-2-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)

1
**ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __ March 30 __, 2007

4
_____
5                               THE HONORABLE VAUGHN R. WALKER
                                United States District Judge
6

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED, signature, Judge Vaughn R Walker]*

**GENERAL ORDER 45 ATTESTATION**

I, Vincent S. Lam, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(a). In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has concurred in this filing.

Dated:  March 27, 2007                    DLA PIPER US LLP


                                          By  /s/ Vincent S. Lam
                                               VINCENT S. LAM
                                          Attorneys for Defendant and Counterclaimants
                                          TOSHIBA CORPORATION, et al.

DLA PIPER US LLP

PA\10494966.1
351912-990603

-4-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)